CLARA STRAUSS, Appellant, v. LOUIS STRAUSS, Respondent.— Order denying motion to require defendant to furnish security for the payment of alimony reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted to the extent of requiring defendant, within ten days from the entry of the order herein, to furnish a bond with corporate surety in the sum of $5,000 to secure the payment of alimony due and to become due under the order or judgment directing payment thereof. Under the undisputed facts herein, a clear case was made requiring the Special Term, in the exercise of a sound legal discretion, to compel defendant to furnish reasonable security for the payment of alimony pursuant to section 1171 of the Civil Practice Act, and the refusal of such relief was not a proper exercise of discretion. Lazansky, P. J., Young, Hagarty, Carswell and Davis, JJ., concur.

VADSCO SALES CORPORATION, Respondent, v. JOHN J. JENNINGS, Defendant, and DAVID MERENDINO, Appellant.— On argument, order resettling order granting motion for the appointment of a receiver modified by reducing the amount of the undertaking mentioned in the last paragraph from $4,000 to $1,000, and as so modified said order and the order which it resettles are affirmed, without costs. Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ., concur.

SIMON BERNSTEIN, Appellant, v. GILBERT HOLDING CORPORATION and Another, Respondents, and Others, Defendants.— Motion for reargument denied, with ten dollars costs. Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

E. V. P. HOLDING CORPORATION, Respondent, v. WILLIAM B. EVANS, Appellant. — Motion for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

JACOB J. GREENBAUM, Respondent, v. MARCUS MILLER and Another, Defendants, and MAX DECKINGER and ESTELLE DECKINGER, Appellants.— Motions for leave to appeal to the Court of Appeals denied. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.

In the Matter of the Application of BURROUGHS & BROWN, Attorneys, Appellants, for the Fixing of a Reasonable Counsel Fee as Attorneys of Record for the Plaintiff in the Case of CHARLES T. DAVIS, Plaintiff, v. FREDERICK T. KELSEY and Others, Defendants; CHARLES T. DAVIS, and AUSTIN S. DAVIS, as Trustee for CHARLES T. DAVIS under the Correction Law, Respondents.— Motion for reargument denied, with ten dollars costs. Present — Lazansky, P. J., Kapper, Carswell, Scudder and Tompkins, JJ.